IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:16-cv-03805-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEREK L. HORSTEMEYER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **CONSENT JUDGMENT**

THIS MATTER is before the Court upon the parties' Joint Motion for Entry of Consent Judgment as to the Complaint in this matter. Having considered the parties' motion and being otherwise fully advised, the Court has determined that judgment should be entered consistent with the agreement of the parties, which resolves the Complaint. Accordingly, it is

ORDERED that:

1. The Joint Motion for Entry of Consent Judgment is GRANTED.

2. Derek L. Horstemeyer is personally indebted to the United States for the federal corporate tax liabilities of his companies, Derek L. Horstemeyer, M.D., PA ("MDPA"), and HLN & Associates, Inc. ("HLN"), as set forth below, plus interest under 26 U.S.C. § 6621 and 28 U.S.C. § 1961(c) from the date of this Judgment until the judgment is paid in accordance with the terms of the Consent Order (as defined in the Joint Motion to which a copy of the Consent Order is attached):

| Company | Tax year | Tax |
|---------|---------:|----:|
| MDPA | 2005 | $100,000.00 |
| MDPA | 2006 | $125,000.00 |
| MDPA | 2007 | $135,000.00 |
| MDPA | 2008 | $140,000.00 |
| HLN  | 2005 | $50,000.00 |
| HLN  | 2006 | $50,000.00 |
|      | Total | $600,000.00 |

3. Each party shall be liable for its or his own costs of litigation and attorney's fees.

**IT IS SO ORDERED.**

December 19, 2016　　　　　　　　　　　　s/ R. Bryan Harwell
Florence, South Carolina　　　　　　　　　R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　United States District Judge